

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2022

No. 04-21-00412-CR

**EX PARTE KEVIN OWENS**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-1906
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for an extension of time to file the brief, Appellant's brief was due on January 5, 2022. After the extended due date, Appellant moved for an additional five days to file the brief and filed his brief with the motion.

Appellant's motion is GRANTED, and Appellant's brief is accepted as timely as of January 10, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court